June 23, 2009

Hon. Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: <u>Calendar Year 2008 Filing</u>

Dear Judge Baldock:

This is in response to your letter of May 29, 2009.

In Part VII, line 30, an ("X") should have been inserted after "American Express Money Market Fund" in Column A. Please consider this letter an amendment to that effect.

I have not reported an "acquisition" in Column D because the asset was created (and increases) only by reason of an American Express program that essentially discounts expenditures made using my American Express credit card. The percentages saved are periodically placed by American Express in a money market account, the balance and income on which were below the reporting thresholds prior to 2008.

If you require additional information, please let me know.

Sincerely,

Original and two copies enclosed

Kearse_Amalya_L

| AO-10 Rev. 1/97 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 |

FOR CALENDAR YEAR 2008

(5 U.S.C. App. 4, 101-112)

| 1. Person Reporting (Last name, first, middle initial)<br><br>KEARSE, AMALYA L. | 2. Court or Organization<br><br>COURT OF APPEALS, 2D CIRCUIT | 3. Date of Report<br><br>04/08/09 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE | 5. Report Type (check appropriate type)<br>___ Nomination, Date __/__/__<br>___ Initial _X_ Annual ___ Final | 6. Reporting Period<br><br>01/01/08 - 12/31/08 |
| 7. Chambers or Office Address<br>U.S. COURTHOUSE<br>FOLEY SQUARE<br>NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions) | |
| Trustee, Director | ████████ Memorial Scholarship Fund |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ **NONE** (No reportable agreements) | |
| '69, '79 | Hughes Hubbard & Reed - Amalya L. Kearse: Return of July 1979 Re |

2009 APR 16 A 10: 59 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☒ **NONE** (No reportable non-investment income) | | |
| 1 | | $_____ |
| 2 | | $_____ |
| 3 | | $_____ |
| 4 | | $_____ |
| 5 | | $_____ |

| | | |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>KEARSE, AMALYA L. | Date of Report<br>04/08/09 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

SOURCE                                              DESCRIPTION

| | | |
|---|---|---|
| X | **NONE** (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

SOURCE                              DESCRIPTION                              VALUE

| | | |
|---|---|---|
| X | **NONE** (No such reportable gifts) | |

1     $_____

2     $_____

3     $_____

4     $_____

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

CREDITOR                              DESCRIPTION                              VALUE CODE*

| | | |
|---|---|---|
| X | **NONE** (No reportable liabilities) | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1   Clinton Assoc. Ptnp | A | Distribu | J | W | | | | | |
| 2   Int'l Constructors Ptnp | A | Distribu | J | W | | | | | |
| 3   T Rowe Price Eq Inc Mutual Fund | A | Dividend | J | T | | | | | |
| 4   Urban Improvement 1975 Ptnp | | None | | | Sold | 9/30 | J | | |
| 5   Janus Twenty Mutual Fund | | None | J | T | | | | | |
| 6   IRA Janus Fund | | None | J | T | | | | | |
| 7   IRA Perkins Mid-Cap Value Fund - See Notes | A | Dividend | K | T | Dstribn | 12/20 | J | | |
| 8   IRA T Rowe Price MidCap Value Fund | | None | K | T | | | | | |
| 9   Janus Money Market Fund | A | Dividend | J | T | | | | | |
| 10  T Rowe Price Money Market Fund | A | Dividend | J | T | | | | | |
| 11  T Rowe Price MidCap Growth Fund | B | Dividend | K | T | SoldPt | 5/22 | K | D | |
| 12  Citibank Money Market | A | Interest | J | T | | | | | |
| 13  Legg Mason Value Fund | B | Dividend | J | T | | | | | |
| 14  JP Morgan Clearing Corp. Money Market Fund - See Note | A | Dividend | J | T | | | | | |
| 15  IndyMac Bancorp | | None | J | T | SoldPt | 12/8 | J | | |
| 16  IndyMac Bancor | | None | J | T | SoldPt | 12/22 | J | | |
| 17  IndyMac Bancorp | | None | J | T | Bot | 4/28 | J | | |
| 18  IndyMac Bancorp | | None | J | T | Bot | 5/22 | K | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more |
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assesment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19  Selected American Shares | A | Dividend | K | T | | | | | |
| 20  Selected Special Shares | A | Dividend | K | T | | | | | |
| 21  T Rowe Price Media & Telecom. Fund | A | Dividend | J | T | | | | | |
| 22  Checkpoint Systems Inc. | | None | J | T | | | | | |
| 23  Cisco Systems | | None | K | T | | | | | |
| 24  Intel Corp. | A | Dividend | J | T | | | | | |
| 25  Perkins MidCap Value Fund (non-IRA) - See Note | A | Dividend | J | T | | | | | |
| 26  Alpine Dynamic Dividend Fund | B | Dividend | | | Sold | 12/8 | J | | |
| 27  Regions Financial Corp. | A | Dividend | | | Sold | 12/8 | J | | |
| 28  Citadel Broadcasting Co. | | None | J | T | Bot | 12/8 | J | | |
| 29  Nokia Corporation | | None | J | T | Bot | 12/8 | J | | |
| 30  American Express Money Market Fund | A | Dividend | J | T | | | | | |
| 31  Janus Capital Management - See Note | A | Distribu | | | | | | | |
| 32  Global Crossing Settlement Fund - See Note | A | Distribu | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000 | D=$5,001-$15,000  H1=$1,000,001-$5,000,000 | E=$15,001-$50,000  H2=$5,000,001 or more |
|---|---|---|---|---|---|
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less  O=$500,001-$1,000,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  P1=$1,000,001-$5,000,000  P4=$50,000,001 or more | L=$50,001-$100,000  P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal  U=Book Value | R=Cost (real estate only)  V=Other | S=Assesment  W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KEARSE, AMALYA L. | 04/08/09 |

## VIII.   ADDITIONAL INFORMATION or EXPLANATIONS.   (Indicate part of Report.)

All Explanations are re Part VII:

All investments shown in previous report as having no value at end of the prior reporting period were sold, dissolved, or otherwise disposed of during that period and have been deleted from the form.

Perkins MidCap Value Fund is the new name of the mutual fund formerly called Janus MidCap Value Fund.

Bear Stearns Money Market Portfolio is now called JP Morgan Clearing Corp. Money Market Fund, following JP Morgan's acquisition of Bear Stearns.

Re IRA Perkins MidCap Value Fund:   Under the Internal Revenue Code, a distribution of IRA assets was required by reason of my age; the amount distributed is indicated in column D(3).

The Janus Capital Management distribution was received as a result of an administrative proceeding relating to the mutual fund formerly known as Janus Mercury Fund, all my shares of which had been sold in 2003.

The Global Crossing distribution was received as part of the settlement of class action litigation against Global Crossing Company, all my shares of which were disposed of in 2004.   No listing for Global Crossing will be included in future reports unless there is some future payment or transaction.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KEARSE, AMALYA L. | 04/08/09 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Any multiple entries for the same security, required in prior report because there were transactions on different dates, have been consolidated to the extent appropriate.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>KEARSE, AMALYA L. | Date of Report<br>4/8/09 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____       Date ___April 8, 2009___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:      Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544